# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RANDEEP SINGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  3:23-cv-03313-JPG |
| | ) | |
| P.A.M. TRANSPORT, INC. and | ) | |
| ALMAMOUN ALKHATIB, | ) | |
| | ) | |
| Defendant. | | |

## JUDGMENT IN A CIVIL CASE

The Court, having heard arguments and rendered a decision,

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:  December 4, 2023**

                                        MONICA A. STUMP, Clerk of Court

                                        By:     *s/Tina Gray,*
                                               Deputy Clerk

**APPROVED:**  *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U.S. DISTRICT JUDGE